FILED

2017 NOV 14  PM 4:29

CENTRAL... ...CALIF
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>       v.<br><br>MINA KOLTA,<br>  aka "Matt Kolta,"<br><br>  Defendant. | SA CR NO. **SACR17-00158-JVS**<br><u>I N F O R M A T I O N</u><br><br>[18 U.S.C. § 1001(a)(2): False Statement Within Jurisdiction of the United States] |

The Acting United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

On or about January 22, 2016, in Orange County, within the Central District of California, and elsewhere, in a matter within the jurisdiction of the executive branch of the government of the United States, specifically, the Federal Bureau of Investigation ("FBI") and the Defense Criminal Investigative Service ("DCIS"), defendant MINA KOLTA, also known as "Matt Kolta" ("defendant KOLTA"), knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant KOLTA told agents of the FBI and DCIS that he (defendant KOLTA) had never heard of James Chen or Haoeyou Pharmacy. In truth and in fact, as defendant

1  KOLTA then well knew, he had negotiated a contract with James Chen
2  and Haeoyou Pharmacy for the payment of fees in exchange for the
3  referral of prescriptions to be filled by a pharmacy with which
4  defendant KOLTA was associated, namely, Trucare Pharmacy.

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section

STEPHEN A. CAZARES
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MARK AVEIS
PAUL G. STERN
CASSIE D. PALMER
Assistant United States Attorneys
Major Frauds Section