[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY


COPY

Case Number **SACR17-00158-JVS**
U.S.A. v. Mina Kolta

Defendant Number **1**
Year of Birth **1969**

☐ Indictment ☑ Information
Investigative agency (FBI, DEA, etc.) **DCIS/FBI**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a :

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense
☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense **January-June 2015**
c. County in which first offense occurred

**Orange**

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

☐ Los Angeles ☐ Ventura
☑ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☐ San Bernardino ☐ Other _____

Citation of Offense **18 U.S.C. Sec. 1001**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino) ☑ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☑ No ☐ Yes

IF YES · Case Number **N/A**

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** **N/A**

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: **N/A**
Case Number **N/A**
Charging **N/A**

The complaint: ☐ is still pending
☐ was dismissed on: **N/A**

**PREVIOUS COUNSEL**
Was defendant previously represented? ☑ No ☐ Yes
IF YES, provide Name: **N/A**
Phone Number: **N/A**

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes* ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT? ☐ Yes ☑ No
This is the **N/A** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**N/A**
Case Number **N/A**
The superseded case:
☐ is still pending before Judge/Magistrate Judge
**N/A**
☐ was previously dismissed on **N/A**
Are there 8 or more defendants in the superseding case?
☐ Yes* ☐ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☐ No

FILED 2017 NOV 14 PM 4:29

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [x] NO
IF YES, list language and/or dialect:
N/A

**OTHER**

- [x] Male         [ ] Female
- [ ] U.S. Citizen    [x] Alien

Alias Name(s)  Matt Kolta

This defendant is charged in:  [x] All counts
- [ ] Only counts: N/A
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [x] No
IF YES, should matter be sealed?  [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [x] Other   false statement to federal agent

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: n/a: surrender
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution:  N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. [ ] Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal   AND
   Name of Court:  N/A
Date transferred to federal custody:  N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___20  ___21  ___40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  N/A

Date  11/14/2017

/s/
Signature of Assistant U.S. Attorney
Mark Aveis
Print Name