FILED

2017 NOV 14  PM 4:29

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MINA KOLTA,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>SA CR No. 17-00158-JVS<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. John Garbino</u>, Case No. SA CR 16-100-DOC, which:

__X__  was previously assigned to the Honorable David O. Carter;

_____  has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__  the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

__X__  the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 14, 2017

/s/ _____
AUSA MARK AVEIS
Assistant United States Attorney