UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SA CR 17-0158-DOC | Date | November 30, 2017 |
|---|---|---|---|

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge |
|---|---|
| Interpreter | N/A |

| Deborah Lewman | Debbie Gale | Mark Aveis / Paul G. Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mina Kolta, aka Matt Kolta | X | | X | Michael Nasatir | X | | X |

**PROCEEDINGS:** ARRAIGNMENT OF DEFENDANT AND ASSIGNMENT OF CASE

The hearing and transcript are both SEALED.

Defendant is arraigned.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads NOT GUILTY to the single-count Information.

This case was randomly assigned to District Judge James V. Selna.   Pursuant to the rules of this Court, the case was transferred to District Judge David O. Carter for further proceedings.   Refer to Dkt. #6.

| | : | 05 |
|---|---|---|
| | Initials of Deputy Clerk | djl |