# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | SA CR 17-158-DOC |
| V. | |
| Mina Kolta, aka Matt Kolta | **WAIVER OF INDICTMENT** |
| DEFENDANT | |

I, _Mina Kolta, aka Matt Kolta_, the above-named defendant, who is accused of _making a false statement_, in violation of _18 U.S.C. Section 1001_, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _November 30, 2017_, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_11/30/17_
Date

_11/30/17_
Date

_11/30/17_
Date

_MINA KOLTA_
Defendant

_[signature]_
Counsel for Defendant

_David O. Carter_
Before: Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter

CR-57 (06/14)      WAIVER OF INDICTMENT