1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   MARK AVEIS (Cal. Bar No. 107881)
4  PAUL G. STERN (Cal. Bar No. 162734)
   CASSIE D. PALMER (Cal. Bar No. 268383)
5  Assistant United States Attorneys
   Major Frauds Section
6      1100 United States Courthouse
       312 North Spring Street
7      Los Angeles, California 90012
       Telephone: (213) 894-4477/0702/0363
8      Facsimile: (213) 894-6269
       E-mail:    mark.aveis@usdoj.gov
9                 paul.stern@usdoj.gov
                  cassie.palmer@usdoj.gov
10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11

12                      UNITED STATES DISTRICT COURT

13               FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          No. SA CR 17-158-DOC

15          Plaintiff,                STIPULATION TO CONTINUE
                                      SENTENCING HEARING
16              v.
                                      [No hearing set]
17 MINA KOLTA,

18          Defendant.

19

20      Plaintiff United States of America, by and through its counsel

21 of record, and defendant Mina Kolta ("defendant"), through his

22 counsel of record, hereby stipulate to continue the sentencing

23 hearing in this case, currently set for June 4, 2018 at 7:30 a.m.,

24 to September 24, 2018, at 7:30 a.m., OR to a date and time

25 convenient to this Court.  The continuance is due to the fact that

26 complexities of the case require more time for preparation for

27 ///

28 ///

1   sentencing and it is therefore in the interests of justice that the

2   sentencing be continued.

3        IT IS SO STIPULATED.

4   Dated: April 5, 2018            NICOLA T. HANNA
                                    United States Attorney
5
                                    LAWRENCE S. MIDDLETON
6                                   Assistant United States Attorney
                                    Chief, Criminal Division
7

8                                   _____/s/_____
                                    MARK AVEIS
9                                   PAUL G. STERN
                                    CASSIE D. PALMER
10                                  Assistant United States Attorneys

11                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
12

13
    Dated: April 5, 2018            ANDRUES/PODBERESKY LLP
14

15                                  _____/s/_____
                                    MICHAEL D. NASATIR
16                                  Attorneys for Defendant
                                    MINA KOLTA
17

18

19

20

21

22

23

24

25

26

27

28

2