NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
PAUL G. STERN (Cal. Bar No. 162734)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4477/0702/0363
     Facsimile: (213) 894-6269
     E-mail:    mark.aveis@usdoj.gov
                paul.stern@usdoj.gov
                cassie.palmer@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 17-158-DOC |
|---|---|
| Plaintiff, | [proposed] ORDER APPROVING STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| MINA KOLTA, | [No hearing set] |
| Defendant. | |

   Based upon the parties' stipulation, and good cause appearing,

   IT IS HEREBY ORDERED that the sentencing hearing in this case, currently set for June 4, 2018 at 7:30 a.m., is continued to September 24, 2018, at 7:30 a.m.

Dated: _____
                                David O. Carter
                                United States District Judge