NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
PAUL G. STERN (Cal. Bar No. 162734)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4477/0702/0363
     Facsimile: (213) 894-6269
     E-mail:    mark.aveis@usdoj.gov
                paul.stern@usdoj.gov
                cassie.palmer@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 17-158-DOC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | [No hearing set] |
| MINA KOLTA, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, and defendant Mina Kolta ("defendant"), through his counsel of record, hereby stipulate to continue the sentencing hearing in this case, currently set for September 24, 2018 at 7:30 a.m., to February 25, 2019, at 7:30 a.m., OR to a date and time convenient to this Court.  The continuance is due to the fact that complexities of the case require more time for preparation for

///

///

sentencing and it is therefore in the interests of justice that the sentencing be continued.

IT IS SO STIPULATED.

Dated: August 1, 2018

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

         /s/
MARK AVEIS
PAUL G. STERN
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 1, 2018

ANDRUES/PODBERESKY LLP

         /s/
MICHAEL D. NASATIR
Attorneys for Defendant
MINA KOLTA

2