NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
PAUL G. STERN (Cal. Bar No. 162734)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4477/0702/0363
    Facsimile: (213) 894-6269
    E-mail:   mark.aveis@usdoj.gov
             paul.stern@usdoj.gov
             cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 17-158-DOC |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION TO CONTINUE SENTENCING HEARING [22] |
| v. | |
| MINA KOLTA, | [No hearing set] |
| Defendant. | |

    Based upon the parties' stipulation, and good cause appearing,

    IT IS HEREBY ORDERED that the sentencing hearing in this case, currently set for September 24, 2018 at 7:30 a.m., is continued to February 25, 2019, at 7:30 a.m.

Dated: August 2, 2018

*/s/ David O. Carter*
David O. Carter
United States District Judge